Nov. Term,
1855.

MARSH
v.
WELLING-
TON.

Friday,
December 21.

HIGH v. WINTERS.

APPEAL from the *Wells* Circuit Court.

*Per Curiam.*—Suit, commenced before a justice of the peace, for the price of a fanning-mill, where *Winters* had judgment for 21 dollars. On appeal, the cause was tried by the Court, with the like result. The evidence is all set out in the record. Nothing is presented but a mere question on the weight of evidence.

On that ground, the merits are clearly with the plaintiff.

The judgment is affirmed, with 10 per cent. damages and costs.

*E. R. Wilson*, for the appellant.

*J. P. Green*, for the appellee.

---

MARSH v. WELLINGTON.

Friday,
December 21.

APPEAL from the *La Grange* Circuit Court.

*Per Curiam.*—Complaint by *Wellington* against *Marsh*, commenced before a justice, for work and labor, at 14 dollars per month, 42 dollars.

*Marsh* filed a set-off of 50 dollars, of which 25 dollars were unliquidated damages for violating a contract to work six months.

Judgment before the justice for 19 dollars and 76 cents. On appeal to the Circuit Court, there was a trial by jury, and verdict for 31 dollars and 3 cents.

This is another case on the weight of evidence. While we might not come to the same conclusion from the evidence at which the jury arrived, it is yet such a verdict as under our rules, in such cases, we are bound to sustain.

The judgment is affirmed, with 1 per cent. damages and costs.

*J. M. Flagg*, for the appellant.